ACCEPTED
03-14-00650-CV
5296213
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 9:10:09 AM
JEFFREY D. KYLE
CLERK

WESLEY SPEARS AND RENEE JACOBS, APPELLANTS

V.

FALCON POINTE COMMUNITY ASSOCIATION, APPELLEE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 9:10:09 AM
JEFFREY D. KYLE
Clerk

NO. 03-14-00650CV

May 15, 2015

## APPELLANTS' MOTION FOR PERMISSION FILE THEIR REPLY
## BRIEF LATE

Appeal from County Court One of Travis County,

Texas No. 03-14-00650CV

C-1-CV-13-010214

## IDENTITY OF PARTIES AND COUNSEL

Appellants, Wesley Spears and Renee Jacobs

Appellants' counsel

Wesley S. Spears, State Bar No. 18898400, Spears Law, 401 Congress Avenue., Suite 1540, Austin, Texas 78701, Tel (512)696-2222, Fax. 512-687-3401, email: wesleys637@yahoo. Com.

Appellee, Falcon Pointe Community Homeowners' Association

Appellee's Counsel

David Chamberlain and D. J. Campbell, Chamberlain and McHaney, 301 Congress Avenue, 22nd Floor, Austin, Texas 78701 Tel. 512·474·9124, Fax. 512·474·8582

Appellants hereby moves for an order of the Court granting this

Motion to allow appellants' to file their Reply Brief on or before June 5,

2015. Counsel for the appellants has been out of town and much of the

month of April and May attending to family matters.  Counsel for the

Appellee does not oppose this Motion.


Wherefore, the appellants hereby requests that the

Third District Court of Appeals grant this Motion.

Appellants' Wesley
Spears and Renee Jacobs

By:/S/WESLEY SPEARS
Wesley Spears Bar
No.18898400
401 Congress Avenue,
Suite 1540
Austin, Texas 78701
Tel.: 512·696·2222
Fax.: 512·687·3499
Attorney for Appellants

## CERTIFICATION OF CONFERENCE

This is to certify that appellants' counsel, Wesley Spears and appellee's conferred today pursuant to Tex. R. App. P. 10.1 (a) (5) regarding the foregoing Motion. Appellee does not object to the Third Court of Appeals granting the foregoing Motion to allow Appellants to file their Reply Brief late.

/s/Wesley Spears

Wesley Spears

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion was served on counsel for appellee, David Chamberlain and D. J. Campbell, Chamberlain and McHaney, 301 Congress Avenue, 22nd Floor, Austin, Texas 78701 Tel. 512·474·9124, Fax. 512·474·8582 By EMAIL on this 15th day of May, 2015.

Appellants, Wesley Spears and Renee Jacobs

By:/S/Wesley Spears Wesley Spears Bar No.18898400 401 Congress Avenue, Suite 1540

Austin, Texas
78701 Tel.: 512·696·2222
Fax.: 512·687·3499
Attorney for Appellants